UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DALIBOR TOMIC,

    Plaintiff,

v.                                              Case No. 17-cv-880-pp

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

---

**ORDER**

---

On May 16, 2018, the parties filed an agreed stipulation of dismissal with prejudice. Dkt. No. 18. The court **APPROVES** the stipulation and **ORDERS** that the case is **DISMISSED with prejudice**. Each party shall bear its own costs and attorneys' fees.

Dated in Milwaukee, Wisconsin this 30th day of May, 2018.

                                             **BY THE COURT:**

                                             **HON. PAMELA PEPPER**
                                             **United States District Judge**